1  Glenn H. Wechsler, State Bar No. 118456
   Lawrence D. Harris, State Bar No. 153350
2  LAW OFFICES OF GLENN H. WECHSLER
   1646 N. California Blvd., Suite 450
3  Walnut Creek, California  94596
   Telephone: (925) 274-0200
4  Email:  *larry@glennwechsler.com*

5  Attorneys for Defendants
   FIRST AMERICAN TRUSTEE
6  SERVICING SOLUTIONS LLC,
   formerly known as FIRST AMERICAN
7  LOANSTAR TRUSTEE SERVICES LLC, and
   FIRST AMERICAN TITLE INSURANCE COMPANY,
8  erroneously sued as FIRST AMERICAN TITLE
   COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE MATRACIA and HEIDI K. MATRACIA, ) | CASE NO. 2:11-cv-00190-WBS-JFM |
| Plaintiffs, ) | |
| vs. ) | Assigned to:  Hon. William B. Shubb, District Judge |
| JP MORGAN CHASE BANK, N. A., et al., ) | |
| Defendants. ) | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| ) | |
| ) | Date:         August 1, 2011<br>Time:        2:00 p.m.<br>Ctrm:        5, 14th Floor<br>Trial Date:  None |

The Court, having reviewed the Request for Telephonic Appearance at Hearing on Motion to

Dismiss First Amended Complaint filed by counsel for Defendants FIRST AMERICAN TRUSTEE

SERVICING SOLUTIONS LLC, formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC ("Loanstar"), and FIRST AMERICAN TITLE INSURANCE COMPANY, erroneously sued as FIRST AMERICAN TITLE COMPANY ("FATCO") (collectively, "Defendants"), and good cause appearing therefor, hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant may appear telephonically at the Motion to Dismiss First Amended Complaint, currently set to be heard on August 1, 2011 at 2:00 p.m. in Dept. 5 of the above-entitled Court, by and through their counsel, Lawrence D. Harris. The courtroom deputy shall issue a separate email notification to counsel with instructions on how to participate in the telephone conference call.

DATED: July 27, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\Larry\LOANSTAR\Matracia\Order on Telephone Request August 1, 2011.doc