Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 820-1526-Facsimile
hollyburgess@lohsb.com

Attorney for Plaintiffs
MIKE MATRACIA and HEIDI K. MATRACIA

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MIKE MATRACIA and HEIDI K. MATRACIA,   )   CASE NO:  2:11-cv-00190-WBS -JFM
                                       )
           Plaintiffs,                 )   **ORDER DISMISSING COMPLAINT**
      vs.                              )   **AGAINST DEFENDANT COMERICA**
                                       )   **BANK ONLY AND WITHOUT**
                                       )   **PREJUDICE**
 JP MORGAN CHASE BANK, NA; CHASE       )
HOME FINANCE, LLC; FIRST AMERICAN      )
LOANSTAR TRUSTEE SERVICES, LLC; FIRST  )
AMERICAN TITLE INSURANCE COMPANY;      )
and COMERICA BANK CALIFORNIA; DOES 1   )
through 10,                            )
                                       )
           Defendants.                 )
                                       )

   The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT**

**PREJUDICE AGAINST DEFENDANT COMERICA BANK** filed by Plaintiffs MIKE

MATRACIA and HEIDI K. MATRACIA pursuant to Federal Rules of Civil Procedure, Rule 41(a),

   **IT IS HEREBY ORDERED** that the complaint in the above captioned matter is dismissed

without prejudice against Defendant Comerica Bank.

Dated:   October 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1-

Matracia v. JP Morgan Chase Bank, N.A., et al.        **[PROPOSED ORDER] RE VOLUNTARY DISMISSAL**