Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 820-1526-Facsimile
hollyburgess@lohsb.com

Attorney for Plaintiffs
MIKE MATRACIA and HEIDI K. MATRACIA

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIKE MATRACIA and HEIDI K. MATRACIA, | ) CASE NO:  2:11-cv-00190-WBS -JFM |
| Plaintiffs, | ) **ORDER DISMISSING COMPLAINT** |
| vs. | ) **AGAINST DEFENDANT COMERICA** |
| | ) **BANK ONLY AND WITHOUT** |
| | ) **PREJUDICE** |
| JP MORGAN CHASE BANK, NA; CHASE | ) |
| HOME FINANCE, LLC; FIRST AMERICAN | ) |
| LOANSTAR TRUSTEE SERVICES, LLC; FIRST | ) |
| AMERICAN TITLE INSURANCE COMPANY; | ) |
| and COMERICA BANK CALIFORNIA; DOES 1 | ) |
| through 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT**

**PREJUDICE AGAINST DEFENDANT COMERICA BANK** filed by Plaintiffs MIKE

MATRACIA and HEIDI K. MATRACIA pursuant to Federal Rules of Civil Procedure, Rule 41(a),

**IT IS HEREBY ORDERED** that the complaint in the above captioned matter is dismissed

without prejudice against Defendant Comerica Bank.

Dated:  October 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Matracia v. JP Morgan Chase Bank, N.A., et al.          **[PROPOSED ORDER] RE VOLUNTARY DISMISSAL**