1 | Glenn H. Wechsler, State Bar No. 118456
  | Lawrence D. Harris, State Bar No. 153350
2 | LAW OFFICES OF GLENN H. WECHSLER
  | 1646 N. California Blvd., Suite 450
3 | Walnut Creek, California  94596
  | Telephone: (925) 274-0200
4 | Email:  *larry@glennwechsler.com*

5 | Attorneys for Defendants
  | FIRST AMERICAN TRUSTEE
6 | SERVICING SOLUTIONS LLC,
  | formerly known as FIRST AMERICAN
7 | LOANSTAR TRUSTEE SERVICES LLC, and
  | FIRST AMERICAN TITLE INSURANCE COMPANY,
8 | erroneously sued as FIRST AMERICAN TITLE
  | COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MIKE MATRACIA and HEIDI K. MATRACIA, )
                                     )   CASE NO. 2:11-cv-00190-WBS-JFM
        Plaintiffs,                  )
                                     )   Assigned to:  Hon. William B. Shubb,
    vs.                              )   District Judge
                                     )
JP MORGAN CHASE BANK, N. A., et al., )
                                     )   **ORDER GRANTING**
        Defendants.                  )   **DEFENDANTS' REQUEST TO**
                                     )   **APPEAR BY TELEPHONE AT**
                                     )   **HEARING ON MOTION TO**
                                     )   **DISMISS SECOND AMENDED**
                                     )   **COMPLAINT**
                                     )
                                     )   Date:        November 7, 2011
_____ )   Time:        2:00 p.m.
                                         Ctrm:        5, 14th Floor
                                         Trial Date:  None

The Court, having reviewed the Request for Telephonic Appearance at Hearing on Motion to

Dismiss First Amended Complaint filed by counsel for Defendants FIRST AMERICAN TRUSTEE

SERVICING SOLUTIONS LLC, formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC ("Loanstar"), and FIRST AMERICAN TITLE INSURANCE COMPANY, erroneously sued as FIRST AMERICAN TITLE COMPANY ("FATCO") (collectively, "Defendants"), and good cause appearing therefor, hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant may appear telephonically at the Motion to Dismiss Second Amended Complaint, currently set to be heard on November 7, 2011 at 2:00 p.m. in Dept. 5 of the above-entitled Court, by and through their counsel, Lawrence D. Harris. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

DATED: October 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATE: October 27, 2011             By: */s/Lawrence D. Harris*
                                   LAWRENCE D. HARRIS

G:\Larry\LOANSTAR\Matracia\Order on Telephone Request August 1, 2011.doc

ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE - Page 2 of 2
CASE NO. 2:11-cv-00190-WBS-JFM