Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd., Suite 450
Walnut Creek, California  94596
Telephone: (925) 274-0200
Email:  *larry@glennwechsler.com*

Attorneys for Defendants
FIRST AMERICAN TRUSTEE
SERVICING SOLUTIONS LLC,
formerly known as FIRST AMERICAN
LOANSTAR TRUSTEE SERVICES LLC, and
FIRST AMERICAN TITLE INSURANCE COMPANY,
erroneously sued as FIRST AMERICAN TITLE
COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE MATRACIA and HEIDI K. MATRACIA, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JP MORGAN CHASE BANK, N. A., et al., )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:11-cv-00190-WBS-JFM<br><br>Assigned to:  Hon. William B. Shubb, District Judge<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:           November 7, 2011<br>Time:          2:00 p.m.<br>Ctrm:          5, 14th Floor<br>Trial Date:  None |

The Court, having reviewed the Request for Telephonic Appearance at Hearing on Motion to

Dismiss First Amended Complaint filed by counsel for Defendants FIRST AMERICAN TRUSTEE

SERVICING SOLUTIONS LLC, formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC ("Loanstar"), and FIRST AMERICAN TITLE INSURANCE COMPANY, erroneously sued as FIRST AMERICAN TITLE COMPANY ("FATCO") (collectively, "Defendants"), and good cause appearing therefor, hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant may appear telephonically at the Motion to Dismiss Second Amended Complaint, currently set to be heard on November 7, 2011 at 2:00 p.m. in Dept. 5 of the above-entitled Court, by and through their counsel, Lawrence D. Harris.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

DATED:   October 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATE:  October 27, 2011              By:   */s/Lawrence D. Harris*
                                           LAWRENCE D. HARRIS

G:\Larry\LOANSTAR\Matracia\Order on Telephone Request August 1, 2011.doc